BRYAN SCHRODER
Acting United States Attorney

E. BRYAN WILSON
RETTA-RAE RANDALL
ANDREA W. HATTAN
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: Bryan.Wilson@usdoj.gov
Email: RettaRae.Randall@usdoj.gov
Email: Andrea.W.Hattan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:17-cv- |
| | ) | |
| Plaintiff, | ) | **COMPLAINT FOR A** |
| | ) | **RESTRAINING ORDER TO** |
| v. | ) | **PREVENT DISSIPATION OF ASSETS** |
| | ) | |
| JILL DIANE APPLEBURY, aka: "Jill Wetzsteon," and DARIN WADE APPLEBURY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, the United States of America, by and through its undersigned counsel, alleges the following:

1. This is a civil action brought under Title 18, United States Code, Section 1345 to enjoin Defendants from continuing to engage in bank fraud and unauthorized dissipation of assets in violation of Title 18, United States Code,

Sections 1343 and 1344 as alleged in the Indictment filed against Defendants in *United States v. Applebury, et al.*, No. 3:17-cr-00121-TMB-DMS (D. Alaska filed 9/25/17). This civil action is also brought under 28 U.S.C. § 1651, as well as 18 U.S.C. § 3664(m)(1)(A) and Federal Rule of Civil Procedure 65, to enjoin Defendants from continuing to engage in bank fraud and unauthorized dissipation of assets in violation of Title 18, United States Code, Sections 1028A, 1029, 1343, and 1344, as alleged in the Indictment filed against Defendants in *United States v. Applebury, et al.*, No. 3:17-cr-00121-TMB-DMS (D. Alaska filed 9/25/17).

*Parties*

2. Plaintiff is the United States of America.

3. Defendants are Jill Diane Applebury, aka: "Jill Wetzsteon," who was in Montana on the date of her arrest, and Darin Wade Applebury, who currently resides in Anchorage, Alaska.

*Jurisdiction and Venue*

4. Subject matter jurisdiction lies pursuant to Title 18, United States Code, Section 1345(a)(1), and Title 28, United States Code, Sections 1331 and 1345.

5. Defendants are subject to the personal jurisdiction of this Court, having engaged in a scheme to defraud within the District of Alaska.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2).

*Facts*

7. On September 22, 2017, the grand jury charged Defendants in a 39 count Indictment. Defendant Jill Applebury is charged with violating 18 U.S.C. § 1344(2)

*United States v. Applebury, et. al*
3:17-cv-
Page 2 of 11
Case 3:17-cv-00215-TMB   Document 1   Filed 10/13/17   Page 2 of 11

(Counts 1-10: Bank Fraud), 18 U.S.C. § 1343 (Counts 11-37: Wire Fraud), 18 U.S.C. § 1029(a)(5), (c)(1)(A)(ii) (Count 38: Fraudulent Transactions with an Access Device), and 18 U.S.C. § 1028A(a)(1), (b), (c)(4) (Count 39 – Aggravated Identity Theft). Defendant Darin Applebury is charged with violating 18 U.S.C. § 1343 (Counts 11-12: Wire Fraud), 18 U.S.C. § 1029(a)(5), (c)(1)(A)(ii) (Count 38: Fraudulent Transactions with an Access Device), and 18 U.S.C. § 1028A(a)(1), (b), (c)(4) (Count 39 – Aggravated Identity Theft).

8. The Indictment alleges that beginning in the mid-1990's, the Victim Business engaged Defendant Jill Applebury, doing business as "Applebury Accounting Services," as an independent contractor to perform bookkeeping services. The bookkeeping services that Defendant Jill Applebury performed for the Victim Business included handling accounts payable, reconciling Victim Business credit card statements before paying them, maintaining vendor files and employee personnel files, and preparing and filing the appropriate reporting forms to the Internal Revenue Service ("IRS") and the State of Alaska. In all, the Indictment alleges that from at least 2004 until March 22, 2013, Defendants defrauded the Victim Business of at least $550,000 through various means as alleged therein.

9. As alleged in Counts 1-10 of the Indictment, Defendant Jill Applebury knowingly executed three separate schemes to defraud the Victim Business in violation of 18 U.S.C. § 1344(2) (bank fraud). First, beginning in at least April 2010 and continuing until March 22, 2013, Defendant Jill Applebury entered into a scheme to fraudulently obtain funds from the Victim Business's profit sharing plan for the

*United States v. Applebury, et. al*
3:17-cv- Page 3 of 11
Case 3:17-cv-00215-TMB Document 1 Filed 10/13/17 Page 3 of 11

defendant's personal use. She carried out this scheme in part by falsely representing to the third-party administrator for the profit-sharing plan that she (Defendant Jill Applebury) had been made an employee of the Victim Business. Through this scheme, Defendant Jill Applebury fraudulently obtained over $62,722.90 in profit-sharing contributions for herself.

10. Second, in April 2011 and May 2011, Defendant Jill Applebury fraudulently obtaining funds from the Victim Business' checking account via a $4,978.18 unauthorized electronic transfer to pay off personal charges on a credit card that Defendant Jill Applebury shared with her husband.

11. Third, between roughly July 2011 and November 2011, Defendant Jill Applebury also fraudulently obtained funds from the Victim Business via unauthorized false and fraudulent transactions from the Victim Business's checking account to Great Lakes Scrip Center, LLC ("GL Scrip Center"). GL Scrip Center is a Michigan company, which supplies schools and non-profit organizations with retail gift cards to numerous businesses to sell as fundraisers for their respective organizations. Defendant Jill Applebury made the payments to GL Scrip Center from the Victim Business's checking account appear to be payments for Victim Business expenses, when in fact they were for Defendant Jill Applebury's personal benefit and that of her family. Specifically, on or about July 4, 2011, Defendant Jill Applebury opened a "family" account in the name of the Victim Physician with GL Scrip Center. The GL Scrip Center account that Defendant Jill Applebury established in the Victim Physician's name was connected to a youth soccer team based in Castle Rock, Colorado, where she had family. In setting up the

*United States v. Applebury, et. al*
3:17-cv-
Page 4 of 11
Case 3:17-cv-00215-TMB   Document 1   Filed 10/13/17   Page 4 of 11

account in the Victim Physician's name, Defendant Jill Applebury provided the routing number and account number for the Victim Business's checking account, but listed her (Defendant Jill Applebury's) home address.

12. As alleged in Counts 11-37 of the Indictment, between on or about 2004 and March 22, 2013, Defendant Jill Applebury and her husband, Defendant Darin Applebury, devised a scheme to defraud the Victim Business by falsely using the Victim Business's credit card to pay for their personal expenses without authorization. Examples of the fraudulent and unauthorized credit card transactions that Defendants are alleged to have made as part of this scheme to defraud include but are not limited to the following: the purchase of a coffee maker for Defendant Darin Applebury's family member; a vacuum cleaner for their daughter; cellular telephone service for them, their son, and their daughter; a cellular telephone for the defendant's nephew; internet service for their residence; business licenses for businesses other than Victim Business, including Alyeska Getaway Lodging (a rental property in Girdwood, Alaska, owned by Defendants) and Rapid Recovery Medical Service (a business owned by Defendant Darin Applebury); automobile insurance for their personal vehicles; and an alarm clock for a family member.

13. As pertinent to Counts 38 and 39, Defendant Darin Applebury, was a shareholder and the President of Rapid Recovery Medical Service, a supplier of durable medical equipment located in Anchorage, Alaska. In October 2012, Defendants effected over $1,000 in fraudulent credit card transactions to purchase medical products for Rapid Recovery Medical Service with the Victim Business's credit card without the Victim

*United States v. Applebury, et. al*
3:17-cv-
Page 5 of 11
Case 3:17-cv-00215-TMB   Document 1   Filed 10/13/17   Page 5 of 11

Business's authorization. In so doing, they also committed aggravated identity theft by possessing and using the identity of the Victim Physician to falsely obtain funds for personal use.

## COUNT I
### (Injunctive Relief under 18 U.S.C. § 1345)

14. The United States alleges and incorporates by reference the preceding paragraphs of this Complaint as if fully set forth herein.

15. The Defendants engaged in bank fraud in violation of Title 18, United States Code, Sections 1343 and 1344 having devised a scheme or artifice to defraud and for obtaining money by means of false or fraudulent pretenses.

16. Pursuant to Title 18, United States Code, Sections 1345(a) and (b), the United States requests the issuance of a preliminary injunction and permanent injunction against Defendants to prevent dissipation of assets, which could be available for restitution, as detailed below.

## COUNT II
### (Injunctive Relief under 28 U.S.C. § 1651, 18 U.S.C. § 3664(m)(1)(A) and FRCP 65)

17. The United States alleges and incorporates by reference the preceding paragraphs of this Complaint as if fully set forth herein.

18. The Defendants engaged in violations of 18 U.S.C. § 1344(2) (Counts 1-10: Bank Fraud), 18 U.S.C. § 1343 (Counts 11-37: Wire Fraud), 18 U.S.C. § 1029(a)(5), (c)(1)(A)(ii) (Count 38: Fraudulent Transactions with an Access Device), and 18 U.S.C. § 1028A(a)(1), (b), (c)(4) (Count 39 – Aggravated Identity Theft), and crimes

*United States v. Applebury, et. al*
3:17-cv- Page 6 of 11
Case 3:17-cv-00215-TMB   Document 1   Filed 10/13/17   Page 6 of 11

involving fraud or deceit and subject to mandatory restitution under 18 U.S.C. § 3663A(c)(1)(a)(ii).

19. Pursuant to Title 28, United States Code, Section 1651, Title 18, United States Code, Section 3664(m)(1)(A)(i) and Federal Rule of Civil Procedure 65, the United States requests the issuance of a preliminary injunction and permanent injunction against Defendants to prevent dissipation of assets, which could be available for restitution.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that the Court:

A. Enter judgment in favor of the United States and against Defendants;

B. Pursuant to Title 28, United States Code, Section 1651, Title 18, United States Code, Section 1345(b), Title 18, United States Code, Section 3664(m)(1)(A)(i) and Federal Rule of Civil Procedure 65, enter a preliminary injunction and permanent injunction against Defendants and their representatives, attorneys, agents, family members, nominees, alter egos, and assigns from alienating, dissipating, transferring, selling, assigning, leasing, pledging, encumbering, disposing, concealing, moving, or attempting or completing any action that would affect or diminish the marketability or value of the following assets that are, upon information and belief, owned and controlled in whole or in part by Defendants, JILL DIANE APPLEBURY, aka: "Jill Wetzsteon," and DARIN WADE APPLEBURY:

//

//

*United States v. Applebury, et. al*
3:17-cv- Page 7 of 11
Case 3:17-cv-00215-TMB   Document 1   Filed 10/13/17   Page 7 of 11

REAL ESTATE:

1. 6673 Shangri-La Circle, Anchorage, AK  99516

2. 391 Cortina Road, Girdwood, AK  99587

3. 7701 Upper DeArmoun Road, Anchorage, AK  99516

4. 12600 Lupine Road, Anchorage, AK  99516

5. 1395 W. University Heights Drive South, Flagstaff, AZ  86005

6. Carneros Della Notte winery, 1003 Dealy Lane, Napa, CA  94559

7. Lazy J Cross Ranch, Sula, MT 59871

INVESTMENT/RETIREMENT ACCOUNTS:

8. Citigroup Global Markets, Inc.
   One Court Square 19th Floor
   Long Island City, NY  11120
   (Acct No. XXXXX341)

9. National Financial Services LLC
   499 Washington Blvd, Jersey City, NJ  07310 or 200 Liberty St. 5th FLR
   New York, NY 10281
   (Acct Nos. XXXXXXXX24001; XXXXXXXX29001; XXXXXXXX56001; XXXXXXXX79001)

10. New York Life Insurance and Annuity Corp
    51 Madison Avenue
    New York, NY  10010
    (Acct No. XXXX92238)

11. New York Life Trust Company
    51 Madison Avenue
    New York, NY  10010
    (Multiple accounts)

12. State Farm Life Insurance Co.
    1 State Farm Plz
    Bloomington, IL  61710
    (Acct No. XXXXXXXX5875A)

*United States v. Applebury, et. al*
3:17-cv-    Page 8 of 11
Case 3:17-cv-00215-TMB   Document 1   Filed 10/13/17   Page 8 of 11

13. Wells Fargo Bank N.A.
    PO Box 3908 114
    Portland, OR  97208
    (Acct No. XXXXXXXX16777)

14. Western Federal Credit Union
    P.O. Box 10018
    Manhattan Beach, CA  90267
    (Acct No. XXX1)

15. Citigroup Global Markets, Inc.
    One Court Square 19th Floor
    Long Island City, NY  11120
    (Acct Nos. SIXXXXXXXXXXX6869;
    SDXXXXXXXXXXX6869)

16. Morgan Stanley Smith Barney Holdings LLC
    One New York Plaza 8th Floor
    New York, NY  10004
    (Acct No. XXXXX3408)

17. Scottrade Inc.
    PO Box 31759
    St. Louis, MO  63131
    (Acct No. XXXX8034)

18. Unify Financial CU
    1899 Western Way
    Torrance, CA 90501
    (Acct. No. XXXXXXXXXXXXX3611)

19. Wells Fargo Bank
    PO Box 3908 114
    Portland, OR  92708
    (Acct. No. XXXXXXXXXX2355)

20. Western Federal CU
    14500 Aviation Blvd
    Hawthorne, CA  90250
    (Acct No. X6)
    (Acct No. XXXXXXXXXXXXXX3611)

//

*United States v. Applebury, et. al*
3:17-cv-    Page 9 of 11
Case 3:17-cv-00215-TMB   Document 1   Filed 10/13/17   Page 9 of 11

VEHICLES:

21. 2012 Toyota Highlander

22. 2008 Hyundai Azera

23. 2003 Chevrolet pickup truck

24. 1999 Chevrolet Suburban

25. Two Yamaha vehicles

BOAT:

26. Boat(s) (unknown type/model) in Darin Applebury's and/or Jill Applebury's possession as of September 22, 2017

FIREARMS:

27. Firearm(s) (unknown make/model/caliber) in Darin Applebury's and/or Jill Applebury's possession as of September 22, 2017

//

//

//

//

//

//

//

//

//

//

//

*United States v. Applebury, et. al*
3:17-cv-
Page 10 of 11
Case 3:17-cv-00215-TMB   Document 1   Filed 10/13/17   Page 10 of 11

RESPECTFULLY SUBMITTED this October 13, 2017, at Anchorage, Alaska.

    BRYAN SCHRODER
    Acting United States Attorney

    s/ E. Bryan Wilson
    E. BRYAN WILSON
    Assistant United States Attorney

    s/ Retta-Rae Randall
    RETTA-RAE RANDALL
    Assistant United States Attorney

    s/ Andrea W. Hattan
    ANDREA W. HATTAN
    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2017,
a copy of the foregoing was served
electronically on the following:

William R. Satterberg, Jr., Esq. (office@satterberg.net)
James A. Wendt, Esq. (jawlaw@ak.net)

s/ E. Bryan Wilson
Assistant United States Attorney

*United States v. Applebury, et. al*
3:17-cv-    Page 11 of 11
Case 3:17-cv-00215-TMB   Document 1   Filed 10/13/17   Page 11 of 11